**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

YASIN LARAMORE,
on behalf of HAKEEM JOHNSON, a minor
        Plaintiff,
    v.                                      Case No. 07-C-367

JOSHUA ZELLER,
                                **JUDGMENT**
        Defendant.

This action was tried before a jury commencing on November 17, 2008, the Honorable J.P. Stadtmueller, United States District Judge, presiding, and the jury rendered their verdict on November 18, 2008, finding that the defendant, Joshua Zeller, did not use excessive force in effectuating the arrest of Hakeem Johnson, a minor, on October 19, 2006.

Accordingly,

**IT IS ORDERED AND ADJUDGED** that plaintiff, Yasin Laramore, father and next of friend of Hakeem Johnson, a minor, have and recover nothing on his claims against the defendant, Joshua Zeller, and that this action be and the same is hereby **DISMISSED** on its merits and the defendant shall recover his costs from the plaintiff as taxed by the clerk of the court.

Dated at Milwaukee, Wisconsin, this 19th day of November, 2008.

APPROVED:

_[signature]_
J.P. Stadtmueller
U.S. District Judge

JON W. SANFILIPPO, Clerk of Court

November 19, 2008                s/Nancy A. Monzingo
Date                                          By: Deputy Clerk